UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

DAVID J. SACHAR and
CHRISTINE M. SACHAR                                                      PLAINTIFFS

v.                                    CASE NO. 4:11cv00266 BSM

IBERIABANK CORPORATION                                                   DEFENDANT

## ORDER

Defendant IberiaBank Corporation ("IberiaBank") moves to stay proceedings [Doc. Nos. 1, 10] and for an extension of time to respond to the complaint [Doc. No. 21]. Plaintiffs David J. Sachar and Christine M. Sachar ("the Sachars") move for leave to file an amended complaint [Doc. Nos. 19, 20]. IberiaBank's motion to stay is granted, and its motion for extension of time to respond to the complaint is denied. The Sachars's motion for leave to file an amended complaint is granted.

The Sachars are directed to file the amended complaint forthwith. Under Federal Rule of Civil Procedure 15(a)(3), IberiaBank will be allowed fourteen (14) days following the filing of the amended complaint to respond. Although IberiaBank's motion for extension of time is denied, filing an answer to the original complaint at this point would be a waste of resources. Therefore, no response is due to the original complaint. IberiaBank should be aware, however, that an extension will not be granted for its response to the amended complaint. The stay will take effect following the filing of IberiaBank's response to the amended complaint.

IT IS SO ORDERED this 28th day of April, 2011.

_____
UNITED STATES DISTRICT JUDGE